Argued June 22, affirmed June 22, petition for rehearing denied July 27, petition for review denied November 3, 1971. Petition for writ of certiorari denied by United States Supreme Court April 24, 1972

STATE OF OREGON, *Respondent, v.*
DOUGLAS F. WINWARD (C-58195, C-58201,
C-58622, C-58983), *Appellant.*

485 P2d 1251

*Levi J. Smith,* Portland, argued the cause and filed the briefs for appellant.

*Walter L. Barrie,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.